The Honorable Tiffany M. Cartwright

UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| C.C., as assignee, C.L.C., as assignee, S.C., as assignee, G.F., as assignee, C.H., as assignee, Laura Kim, as assignee and guardian for R.K., as assignee, C.C.M., as assignee, D.A.M., as assignee, R.N., as assignee, J.R., as assignee, B.A.T., as assignee, B.L.T., as assignee, S.W., as assignee, M.A., as assignee, J.B., as assignee, J.W., as assignee, D.Q.M. as assignee, Brian Frazier, as assignee and guardian for K.F., J.H., as assignee, and A.L., as assignee,<br><br>Plaintiffs,<br><br>v.<br><br>UNITED STATES FIDELITY & GUARANTY COMPANY, GRANITE STATE INSURANCE COMPANY, INSURANCE COMPANY OF NORTH AMERICA, FEDERAL INSURANCE COMPANY, TRANSAMERICA INSURANCE COMPANY, WESTPORT INSURANCE CORPORATION, AND FIREMAN'S FUND INSURANCE COMPANY,<br><br>Defendants. | No. 3:24-cv-05535-TMC<br><br>ORDER GRANTING DEFENDANT WESTPORT INSURANCE CORPORATION'S UNOPPOSED MOTION FOR EXTENSION OF TIME TO FILE RESPONSIVE PLEADINGS |

ORDER GRANTING DEFENDANT WESTPORT'S UNOPPOSED MOTION
FOR EXTENSION OF TIME TO FILE RESPONSIVE PLEADINGS - 1
NO. 3:24-cv-05535-TMC

MURPHY ARMSTRONG FIRM LLP
701 Millennium Tower
719 Second Avenue
Seattle, WA 98104
T/206-985-9770  F/206-985-9790

1  IT IS HEREBY ORDERED that Defendant Westport Insurance Corporation's

2  ("Westport") unopposed motion for extension of time to file responsive pleadings is

3  GRANTED.  Westport shall file its response to the complaint by August 23, 2024.

4      IT IS SO ORDERED this 26th day of July 2024.

_____
Tiffany M. Cartwright
United States District Judge

Presented By:

MURPHY ARMSTRONG FIRM LLP

By: s/ James P. Murphy
James P. Murphy, WSBA #18125
701 Millennium Tower
719 Second Avenue
Seattle, WA 98104
Phone: 206-985-9770
Facsimile: 206-985-9790
jpm@maflegal.com
Attorneys for Westport Insurance Corporation

ORDER GRANTING DEFENDANT WESTPORT'S UNOPPOSED MOTION FOR EXTENSION OF TIME TO FILE RESPONSIVE PLEADINGS - 2
NO. 3:24-cv-05535-TMC

MURPHY ARMSTRONG FIRM LLP
701 Millennium Tower
719 Second Avenue
Seattle, WA 98104
T/206-985-9770  F/206-985-9790