**The Honorable Tiffany M. Cartwright**

IN THE UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF WASHINGTON

AT TACOMA

| | |
|---|---|
| C.C., AS ASSIGNEE, C.L.C., AS ASSIGNEE, S.C., AS ASIGNEE, G.F., AS ASSIGNEE, C.H., AS ASSIGNEE, LAURA KIM, AS ASSIGNEE AND GUARDIAN FOR R.K., AS ASSIGNEE, C.C.M., AS ASSIGNEE, D.A.M., AS ASSIGNEE, R.N., AS ASSIGNEE, J.R., AS ASSIGNEE, B.A.T., AS ASSIGNEE, B.L.T., AS ASSIGNEE, S.W., AS ASSIGNEE, M.A., AS ASSIGNEE, J.B., AS ASSIGNEE, J.W., AS ASSIGNEE, D.Q.M., AS ASSIGNEE, BRIAN FRAZIER, AS ASSIGNEE AND GUARDIAN FOR K.F., J.H., AS ASSIGNEE, and A.L., AS ASSIGNEE,<br><br>            Plaintiff,<br><br>     v.<br><br>UNITED STATES FIDELITY & GUARANTY COMPANY, GRANITE STATE INSURANCE COMPANY, INSURANCE COMPANY OF NORTH AMERICA, FEDERAL INSURANCE COMPANY, TRANSAMERICA INSURANCE COMPANY, WESTPORT INSURANCE CORPORATION, and FIREMAN'S FUND INSURANCE COMPANY<br><br>            Defendant. | Case No. 3:24-cv-05535-TMC<br><br>ORDER GRANTING FIREMAN'S FUND INSURANCE COMPANY'S UNOPPOSED MOTION TO EXTEND TIME TO FILE RESPONSIVE PLEADINGS<br><br>NOTE ON MOTION CALENDAR:<br>JULY 29, 2024 |

ORDER GRANTING FIREMAN'S FUND INSURANCE COMPANY'S UNOPPOSED MOTION TO EXTEND TIME TO FILE RESPONSIVE PLEADINGS
Case No.: 3:24-cv-05535-TMC - 1

SELMAN LEICHENGER EDSON
HSU NEWMAN & MOORE LLP
600 University Street, Suite 2305
Seattle, WA 98101-4129
T: 206.447.6461  F: 206.588.4185

Pursuant to Firemen Fund Insurance Company's unopposed motion to extend time to file responsive pleadings, the court being fully advised and for good cause shown, IT IS SO ORDERED. Defendant Fireman's Fund Insurance Company shall have up to and including August 23, 2024, to file its response to the complaint.

DATED this 30th day of July, 2024.

_____
Tiffany M. Cartwright
United States District Judge

PRESENTED BY:

SELMAN LEICHENGER EDSON HSU NEWMAN & MOORE LLP

By: *s/ Daniel C. Heath*
Peter J. Mintzer, WSBA No. 19995
Daniel C. Heath, WSBA No. 49051
600 University Street, Suite 2305
Seattle, WA 98101-4129
Telephone: 206.447.6461
Facsimile: 206.588.4185
pmintzer@selmanlaw.com
dheath@selmanlaw.com

*Attorneys for Defendant Fireman's Fund Insurance Company*

ORDER GRANTING FIREMAN'S FUND
INSURANCE COMPANY'S UNOPPOSED
MOTION TO EXTEND TIME TO FILE
RESPONSIVE PLEADINGS
Case No.: 3:24-cv-05535-TMC - 2

SELMAN LEICHENGER EDSON
HSU NEWMAN & MOORE LLP
600 University Street, Suite 2305
Seattle, WA 98101-4129
T: 206.447.6461  F: 206.588.4185