UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| C.C., as assignee, et al., | Case No. 3:24-cv-05535-TMC |
| Plaintiffs, | ORDER OVERRULING OBJECTIONS TO ORDER DENYING MOTION TO COMPEL |
| v. | |
| UNITED STATES FIDELITY & GUARANTY COMPANY, et al., | |
| Defendants. | |

## I.    ORDER

On October 10, 2025, Plaintiffs filed a motion to compel production of documents Defendants had withheld or redacted pursuant to claims of attorney-client and work product privilege. Dkt. 109. They asked in the alternative for the Court to conduct an *in camera* review of the disputed documents. *See id.* The Court referred the motion to the Honorable Theresa L. Fricke, United States Magistrate Judge. Judge Fricke held a hearing (Dkts. 129, 133); ordered that the parties enter an ESI protocol under which Defendants would submit more detailed privilege logs (Dkt. 134); conducted an additional hearing (Dkts. 140, 144); considered supplemental declarations and briefing (Dkts. 145–149, 152–155); and ultimately denied the motion to compel and the request for *in camera* review (Dkt. 158).

Plaintiffs then filed objections to Judge Fricke's ruling. Dkt. 161. They argued that Judge Fricke had misapplied the relevant legal standard for claims of privilege over insurance files, applied too strict a standard to their request for in camera review, clearly erred by finding that the insurers' counsel did not engage in quasi-fiduciary acts, and erred by accepting Defendants' claims of work product privilege. *See id.* The Defendants responded, and Plaintiffs replied. *See* Dkts. 165–169.

The undersigned district judge has now reviewed the objections and responsive briefing, as well as all of the underlying briefing on the motion to compel. Under Federal Rule of Civil Procedure 72(a), a district judge will only modify or set aside a magistrate judge's ruling on a non-dispositive matter if the ruling "is clearly erroneous or is contrary to law." Magistrate judges have "broad discretion" in resolving discovery disputes. *PlayUp, Inc. v. Mintas*, 635 F. Supp. 3d 1087, 1096 (D. Nev. 2022). A magistrate judge's discovery orders "are entitled to 'great deference' on objection to a district judge." *Id.* (quoting *Toven v. Metro. Life Ins. Co.*, 517 F. Supp. 2d 1174, 1175 (C.D. Cal. 2007)).

There is no basis for setting aside Judge Fricke's ruling. The Court will not belabor each individual point that has been exhaustively briefed and thoroughly considered by the Magistrate Judge. Plaintiffs might disagree with her ruling, but it identified the correct legal standards and fairly applied them to the evidence presented by the parties. It is not clearly erroneous or contrary to law. Plaintiffs' objections are OVERRULED.

Dated this 30th day of April, 2026.

Tiffany M. Cartwright
United States District Judge

ORDER OVERRULING OBJECTIONS TO ORDER DENYING MOTION TO COMPEL - 2